IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DONNA NEAL on behalf of herself and all other plaintiffs similarly situated, known and unknown, <br><br> Plaintiff, <br><br> v. <br><br> KING DR. HALAL, INC., AN ILLINOIS CORPORATION d/b/a BABA'S HALAL AND FAWZI F. AYED, INDIVIDUALLY <br><br> Defendants. | No. 1:22-cv-3825 <br><br> **Hon. Harry D. Leinenweber** <br> **U.S. District Judge, Presiding** <br><br> Hon. Young B. Kim <br> Magistrate Judge |

**PLAINTIFF'S MOTION FOR MOTION FOR DEFAULT JUDGMENT
AND PROVE-UP OF DAMAGES PURSUANT TO FED. R. CIV. P. 55**

NOW COMES Plaintiff, by her counsel of record, hereby file Plaintiff's Motion for Default Judgment and Prove-up of Damages Pursuant to Fed. Civ. P. 55. Plaintiff herewith, files concurrently her Memorandum in Support.

Respectfully Submitted,

*Electronically Served 02/17/2023*

/s/Samuel D. Engelson

Samuel D. Engelson

John W. Billhorn
Samuel D. Engelson
*Attorneys for Plaintiff and those similarly situated, known and unknown*

BILLHORN LAW FIRM
53 W. Jackson Blvd., Suite 1137
Chicago, IL 60604
(312) 853-1450