IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

Donna Neal,

Plaintiff(s),

v.

King Dr. Halal, Inc. ,

Defendant(s).

Case No. 22 C 3825
Judge Harry D. Leinenweber

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☒ in favor of plaintiff(s) Donna Neal
and against defendant(s) King Dr. Halal, Inc.
in the amount of $337,001.50 for unpaid wages and damages for her FLSA, IMWL and CMWO claims. Plaintiff as for her attorneys' fees and costs pursuant to the fee-shifting provisions of the FLSA, IMWL and CMWO totaling $13,209.15, and awards said fees in the amount of $13,209.15 to Plaintiff's counsel. ,

which ☐ includes pre–judgment interest.
☒ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge Harry D. Leinenweber presiding, and the jury has rendered a verdict.
☐ tried by Judge Harry D. Leinenweber without a jury and the above decision was reached.
☒ decided by Judge Harry D. Leinenweber on a motion.

Date: 2/22/2023

Thomas G. Bruton, Clerk of Court

Melanie A. Foster, Deputy Clerk