IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

Donna Neal,

Plaintiff(s),

v.

King Dr. Halal, Inc., and Illinois Corporation d/b/a Baba's Halal and Fawzi F. Ayed, Individually ,

Defendant(s).

Case No.  22 C 3825
Judge  Harry D. Leinenweber

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☒ in favor of plaintiff(s) Donna Neal
and against defendant(s) King Dr. Halal, Inc. and Fawzi F. Ayed
in the amount of $ in the amount of a) $337,001.50 for unpaid wages and damages for her FLSA, IMWL and CMWO claims and b) $13,209.15 to Plaintiff's counsel for fees and costs pursuant to the fee-shifting provisions of the FLSA, IMWL and CMWO.  ,

which ☐ includes       pre–judgment interest.
☒ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge Harry D. Leinenweber presiding, and the jury has rendered a verdict.
☐ tried by Judge Harry D. Leinenweber without a jury and the above decision was reached.
☒ decided by Judge Harry D. Leinenweber on a motion.

Date:  9/5/2023                                                   Thomas G. Bruton, Clerk of Court

Melanie A. Foster, Deputy Clerk